# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

YANCY E. QUINN,

        Plaintiff,

Case No. 08-11023

v.

HONORABLE DENISE PAGE HOOD

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Virginia Morgan's Report and Recommendation, dated September 29, 2008. To date, none of the parties have filed objections to the Magistrate Judge's Report and Recommendation.

The Magistrate Judge recommended that the Court grant Defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction as Plaintiff has failed to exhaust his administrative remedies as required by 42 U.S.C. § 405(g). After careful review and consideration, the Court finds that the Magistrate Judge reached the correct conclusion for the proper reasons.

Accordingly,

IT IS ORDERED that the Report and Recommendation of Magistrate Judge Virginia Morgan **[Docket No. 8, filed September 29, 2008]** is ACCEPTED and ADOPTED as this Court's findings and conclusions of law.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss **[Docket No. 5, filed May**

**16, 2008**] is GRANTED.

IT IS FURTHER ORDERED that, to the extent Plaintiff's Response may be construed as a Motion, [**Docket No. 7, filed June 2, 2008**] it is DENIED.

IT IS FURTHER ORDERED that this CAUSE OF ACTION is DISMISSED WITHOUT PREJUDICE.



                                              S/Denise Page Hood
                                              Denise Page Hood
                                              United States District Judge

Dated: October 28, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record and

**Yancy E Quinn**
9265 Riviera
Apartment 205
Detroit, MI 48204

on October 28, 2008, by electronic and/or ordinary mail.

                                              S/Lisa Ware for William F. Lewis
                                              Case Manager